1  SUNNY S. HUO (State Bar No. 181071)
   ssh@severson.com
2  M. ELIZABETH HOLT (State Bar No. 263206)
   meh@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendants
7  CAPITAL ONE, N.A.; CHEVY CHASE
   BANK, F.S.B.; and B.F. SAUL MORTGAGE
8  CO.
9
10 JESSICA E. RAUFF, ESQ. (State Bar No. 262264)
   JRauff@gmail.com
11 The Law Office of Jessica E. Rauff
   1045 South 12th Street
12 San Jose, CA 95112
   Telephone: (408)466-7436
13 Facsimile: (408) 668-0977
14 Attorney for Plaintiff
   ANTONIO CABARLOC
15

*IT IS SO ORDERED*
*Judge James Ware*
*9/20/2010*

16                UNITED STATES DISTRICT COURT
17                NORTHERN DISTRICT OF CALIFORNIA
18                       SAN JOSE DIVISION
19
20 ANTONIO CABARLOC,                        Case No. C 10-03649 JW
21         Plaintiff,                       **STIPULATION TO CONTINUE
                                            RESPONSE DEADLINE PURSUANT
22     vs.                                  TO LOCAL RULE 6-1(A)**
23 CAPITAL ONE, N.A., a corporation; CHEVY
   CHASE BANK, F.S.B., a corporation; B.F.
24 SAUL MORTGAGE COMPANY, a                 Complaint Date: August 18, 2010
   corporation; EFFICIENT LENDING           Trial Date:     None Set
25 CORPORATION, a California corporation;
   B.F. SAUL II, an individual; and DOES 1-10,
26         Defendants.
27
28

15314/0000/842069.1                          STIPULATION TO CONTINUE RESPONSE DEADLINE
                                                              Case No. C 10-03649 HRL

Pursuant to Civil L.R. 6-1(a), it is hereby stipulated that the deadline for defendants Capital One, N.A.; Chevy Chase Bank, F.S.B.; and B.F. Saul Mortgage Company to answer or otherwise respond to plaintiff Antonio Cabarloc's complaint is hereby extended by 14 days from September 8, 2010, to **September 22, 2010**.

DATED: September 8, 2010

SEVERSON & WERSON
A Professional Corporation

By: _____/s/ M. Elizabeth Holt_____
M. Elizabeth Holt*

Attorneys for Defendants
CAPITAL ONE, N.A.; CHEVY CHASE BANK, F.S.B.; and B.F. SAUL MORTGAGE CO.

DATED: September 8, 2010

The Law Office of Jessica E. Rauff

By: _____/s/ Jessica E. Rauff_____
Jessica E. Rauff

Attorney for Plaintiff
ANTONIO CABARLOC

*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.