SUNNY S. HUO (State Bar No. 181071)
ssh@severson.com
M. ELIZABETH HOLT (State Bar No. 263206)
meh@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
CAPITAL ONE, N.A.; CHEVY CHASE BANK, F.S.B.; and B.F. SAUL MORTGAGE CO.

JESSICA E. RAUFF, ESQ. (State Bar No. 262264)
JRauff@gmail.com
The Law Office of Jessica E. Rauff
1045 South 12th Street
San Jose, CA 95112
Telephone: (408) 466-7436
Facsimile: (408) 668-8977

Attorney for Plaintiff
ANTONIO CABARLOC

UNITED STATES DISTRICT COURT ~~NORTHERN DISTRICT OF CALIFORNIA~~ IT IS SO ORDERED AS MODIFIED Judge James Ware 11/10/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO CABARLOC,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE, N.A., a corporation; CHEVY CHASE BANK, F.S.B., a corporation; B.F. SAUL MORTGAGE COMPANY, a corporation; EFFICIENT LENDING CORPORATION, a California corporation; B.F. SAUL II, an individual; and DOES 1-10,<br><br>Defendants | Case No 5:10-cv-03649JW<br><br>STIPULATION TO (VACATING CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 6-1(B); [PROPOSED] ORDER<br><br>Complaint Date: August 18, 2010<br>Trial Date: None Set |

Pursuant to Civil L.R. 6-1(b), counsel for plaintiff Antonio Cabarloc and defendants Capital One, N.A.; Chevy Chase Bank, F.S.B.; and B.F. Saul Mortgage Company hereby stipulate to continue the case management conference from November 15, 2010, to a date of the Court's choosing. The parties suggest the conference be scheduled to take place **at least 30 days after January 24, 2011**, the hearing date for defendants' pending motion to dismiss.

DATED: November 3, 2010

SEVERSON & WERSON
A Professional Corporation

By: *\/s/ M. Elizabeth Holt*
M. Elizabeth Holt

Attorneys for Defendants
CAPITAL ONE, N.A.; CHEVY CHASE BANK, F.S.B.; and B.F. SAUL MORTGAGE CO.

DATED: November 3, 2010

The Law Office of Jessica E. Rauff

By: */s/ Jessica E. Rauff*
Jessica E. Rauff

Attorney for Plaintiff
ANTONIO CABARLOC

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "confirmed" signature (/S/) within this document

# [PROPOSED] ORDER

It is hereby ORDERED that the Case Management Conference scheduled for November 15, 2010 is VACATED in light of the pending Motion to Dismiss. The Court will set a new Case Management Conference date in its Order addressing the pending Motion.

DATED: November 10, 2010

The Honorable James Ware
UNITED STATES DISTRICT JUDGE